**No. 58593.**—Stern Glass Co. *v.* United States, protest 227994–K (New York).

Opinion by WILSON, J.   At the trial, a piece of glass representative of the imported merchandise was received in evidence as exhibit 1, and plaintiff's witness testified that the articles in question were the same in all material respects as exhibit 1, except that the latter was of domestic make.   Counsel for the Government conceded that the merchandise consists of "plate glass made into mirrors, partly finished, * * * not beveled."   On the record presented, the claim of the plaintiff was sustained.

**No. 58594.**—Schild Adelstein Co., Inc. *v.* United States, protests 865346–G and 941950–G (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*